UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAYSON WEST,

                Plaintiff,                        Case No. 16-12626-BC

v                                       Honorable Thomas L. Ludington

LAKE STATE RAILWAY COMPANY,

                Defendant.

_____/

## ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS AND CANCELLING HEARING DATE

On July 17, 2017, the Court received correspondence from counsel advising that the parties had reached a settlement and that closing documents would be submitted in thirty days. This matter is currently scheduled for motion hearings on September 13, 2017, with replies due on both July 19, 2017 and July 20, 2017.  In light of the parties settlement notification the motion hearings will be cancelled and the reply due dates moot.

Accordingly, it is **ORDERED** that the Motion Hearings scheduled for September 13, 2017 is **CANCELLED** and reply due dates **MOOT**.

It is further **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities/Proposed Order function of CM/ECF on or before **August 18, 2017**.

                                    s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge

Dated: July 18, 2017

- 2 -

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 18, 2017.

s/Kelly Winslow
KELLY WINSLOW, Case Manager



RICHARD D. FOX
RICHARD L. GROFFSKY
DANIEL D. SWANSON
MICHAEL J. CUNNINGHAM
MATTHEW G. CURTIS
CHARLES R. ASH III
ROBERT D. SICKELS
ANDREW KOCHANOWSKI

KENNETH T. WATKINS
SAMUEL A. HENJR
JOSEPH H. BOURBON
KEVIN J. STOOPS
JASON J. THOMPSON
LANCE C. YOUNG
MATTHEW L. TURNER
JABRAN G. YASSO

LISA M. ESSER-WEIDENFELLER
RAMONA C. HOWARD
JESSE L. YOUNG
ANDY EHRAGOWSKI
TAD T. ROUMAYAH
MICHELLE D. TRENT
AMY L. MARINO
SARAH L. RICKARD

CHARLES R. ASH IV
BENJAMIN J. WILENSKY
ROD M. JOHNSTON
PARKER G. STINAR
OF COUNSEL
LEONARD B. SCHWARTZ
PAUL GROFFSKY
NORMAN D. TUCKER

JOSEPH E. GRENMAN
DAVID M. BLACK
RICHARD G. TOTH
ARVIN J. PEARLMAN P.C.
WILLIAM MITCHELL III, P.L.C.
C.K. YOON, PLLC
WILLIAM C. GAGE, P.C.
AVANTI LAW GROUP, PLLC

STANLEY S. SCHWARTZ
(1920-2004)

NORMAN R. SOMMERS
(1916-2015)

STEVEN J. SCHWARTZ
(1949-2014)

July 17, 2017

The Honorable Thomas L. Ludington
United States District Judge
1000 Washington Ave., Room 214
Bay City, MI 48708
*Via facsimile only: (989) 894-8814*

      Re:   *West v. Lake State Ry. Co.*
             E.D. Mich. No. 16-12626

Dear Judge Ludington,

      Per the request of your case manager, Ms. Winslow, I write to inform the Court that the parties in the above-captioned matter have reached a settlement. I believe that 30 days should be sufficient for the parties to agree to a release, complete all paperwork, and submit a proposed dismissal order.

      If you have any questions, please do not hesitate to contact me or Arvin Pearlman at (248) 355-0300. Thank you very much.

                            Very truly yours,

                            SOMMERS SCHWARTZ, P.C.

                            Benjamin J. Wilensky

Cc:    Peter C. McLeod, Janet H. Gilbert, and Chloe G. Pedersen (via e-mail only)