# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

JAYSON WEST,

    Plaintiff,

v.

LAKE STATE RAILWAY COMPANY,

    Defendant.

_____/

Case No. 16-12626

Hon. Thomas L. Ludington
Magistrate Patricia T. Morris

## STIPULATED ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear their own costs.

SO ORDERED.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: August 21, 2017

So stipulated:

/s/ Benjamin J. Wilensky (P75302)
Counsel for Plaintiff

/s/ Peter C. McLeod (P80422)
Counsel for Defendant

-2-

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 21, 2017.

s/Kelly Winslow
KELLY WINSLOW, Case Manager